Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−31679−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael T. Speich
533 Coleman Drive
Clayton, NJ 08312

Debbie A. Speich
aka Debbie A. Reser
533 Coleman Drive
Clayton, NJ 08312

Social Security No.:
  xxx−xx−5195                              xxx−xx−9062

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on July 2, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 2, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-31679-JNP
Michael T. Speich                                               Chapter 13
Debbie A. Speich
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Jul 02, 2019
                              Form ID: 148             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.
```
db          #+Michael T. Speich,    533 Coleman Drive,    Clayton, NJ 08312-1543
jdb         #+Debbie A. Speich,    533 Coleman Drive,    Clayton, NJ 08312-1543
515856317   +Bank of America, N.A.,    c/o Kivitz McKeever Lee, PC,    216 Haddon Avenue, Ste 406,
              Collingswood, NJ 08108-2812
515856325   +TD Bank/Target Credit Card,    PO Box 673,    Minneapolis, MN 55440-0673
515906660    US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
515856326   +US Department of ED/GLELSI,    PO Box 7860,    Madison, WI 53707-7860
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 01:14:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 01:14:48     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516059996       EDI: BANKAMER.COM Jul 03 2019 04:18:00     Bank of America, N.A.,   PO Box 31785,
                 Tampa, FL 33631-3785
515856318       EDI: CAPITALONE.COM Jul 03 2019 04:18:00     Capital One Bank USA, N.A.,
                 15000 Capital One Drive,   Richmond, VA 23238
515931602       EDI: CAPITALONE.COM Jul 03 2019 04:18:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
515856319       EDI: CHASE.COM Jul 03 2019 04:23:00     Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
515856320       EDI: ARSN.COM Jul 03 2019 04:18:00     Citibank,   c/o ARS National Services Inc.,
                 PO Box 469100,   Escondido, CA 92046-9100
515856321      +EDI: WFNNB.COM Jul 03 2019 04:18:00     Comenity Bank/Fashion Bug,   PO Box 182272,
                 Columbus, OH 43218-2272
515856322       EDI: WFNNB.COM Jul 03 2019 04:18:00     Comenity Bank/Lane Bryant,   PO Box 182789,
                 Columbus, OH 43218-2789
515856323       EDI: IRS.COM Jul 03 2019 04:18:00     IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
516355835       EDI: BL-BECKET.COM Jul 03 2019 04:18:00     Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
515856324      +EDI: AGFINANCE.COM Jul 03 2019 04:18:00     One Main Financial,   PO Box 499,
                 Hanover, MD 21076-0499
516052082      +EDI: AGFINANCE.COM Jul 03 2019 04:18:00     OneMain Financial Group, LLC,   6801 Colwell Blvd,
                 Mail Stop: NTSB: 1310,   Irving, TX 75039-3198
515920616       EDI: Q3G.COM Jul 03 2019 04:18:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
515885306       EDI: RMSC.COM Jul 03 2019 04:18:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516055442      +E-mail/Text: bncmail@w-legal.com Jul 03 2019 01:15:11     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                             TOTAL: 16
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-1               User: admin                 Page 2 of 2                  Date Rcvd: Jul 02, 2019
                                   Form ID: 148                Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Joint Debtor Debbie A. Speich jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Eric   Clayman    on behalf of Debtor Michael T. Speich jenkins.clayman@verizon.net, connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                              TOTAL: 6